AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Standard Pacific of the Carolinas LLC  )  | |
| *Plaintiff*  ) | |
| v.  ) | Civil Action No.   CA 0:10-1620-JFA |
| Amerisure Insurance Company  ) | |
| *Defendant*  ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Summary Judgment is hereby entered in favor of the plaintiff, Standard Pacific of the Carolinas LLC.  The defendant, Amerisure Insurance Company, LLC, shall take nothing of the plaintiff and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding.  This having been remanded and reversed from the Fourth Circuit Court of Appeals, plaintiffs' motion for summary judgment is granted on the issue of coverage.


Date:   January 11, 2013                                           *CLERK OF COURT*


                                                                                   s/Mary L. Floyd, Deputy Clerk
                                                                                   *Signature of Clerk or Deputy Clerk*